| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF MISSISSIPPI |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Delta Absorbents of America, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-0659846** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**204 Magnolia Street**<br>**Hollandale, MS 38748**<br>Number, Street, City, State & ZIP Code<br><br>**Washington**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Delta Absorbents of America, Inc.**  Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Delta Absorbents of America, Inc.**     Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list     Debtor _____     Relationship _____
    District _____     When _____     Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor **Delta Absorbents of America, Inc.** Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 25, 2025**
MM / DD / YYYY

**X** **/s/ Boyd Eifling**               **Boyd Eifling**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ R. Michael Bolen Miss. Bar**        Date **June 25, 2025**
Signature of attorney for debtor           MM / DD / YYYY

**R. Michael Bolen Miss. Bar 3615**
Printed name

**Hood & Bolen, PLLC**
Firm name

**Attorneys at Law**
**3770 Highway 80 West**
**Jackson, MS 39209**
Number, Street, City, State & ZIP Code

Contact phone **(601)923-0788**   Email address **rmb@hoodbolen.com**

**Miss. Bar 3615 MS**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Delta Absorbents of America, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF MISSISSIPPI** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **APP Funding Beta, LLC**<br>**Suite 307**<br>**29 W 36th Street**<br>**New York, NY 10018** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$29,005.65** |
| **Bitty Advance**<br>**1855 Griffin Road**<br>**Dania, FL 33004** | | | | | | **$20,000.00** |
| **Carl Smith**<br>**75 Melrose Street**<br>**Starkville, MS 39759** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Davis Lee Enterprises**<br>**725 Blount Avenue**<br>**Guntersville, AL 35976-1505** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **DLHK, LLC**<br>**725 Blount Avenue**<br>**Guntersville, AL 35976** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$449,700.00** |
| **Edward P. Connell, Jr., Esq.**<br>**Merkel & Cocke, P.A.**<br>**Attorneys at Law**<br>**30 Delta Avenue**<br>**Clarksdale, MS 38614** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Headway Capital, LLC**<br>**Suite 200**<br>**4700 West Daybreak Parkway**<br>**South Jordan, UT 84009** | | | | | | **$4,224.23** |

Debtor **Delta Absorbents of America, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hugh Knighton**<br>**607 Knighton Road NW**<br>**Arab, AL 35016** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **IRS**<br>**Centralized Insolvency**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | | | | **Unknown** |
| **m2 Equipment Finance, LLC**<br>**Suite 475**<br>**20800 Swenson Drive**<br>**Waukesha, WI 53186** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$142,000.00** |
| **National Equipment Transportation**<br>**Suite K**<br>**10940 Parallel Parkway**<br>**Box 235**<br>**Kansas City, KS 66109** | | | | | | **$2,008.50** |
| **Schroeder Lumber Company, LLC**<br>**11557 Darryl Drive**<br>**Baton Rouge, LA 70815** | | | | | | **$13,300.00** |
| **Small Business Administration**<br>**409 3rd. St., SW**<br>**Washington, DC 20416** | | | | | | **$45,000.00** |
| **Uber Freight-AGA Adjustments, LTD**<br>**Attention: Teresa Hart**<br>**Suite 4N15**<br>**1 Huntington Quadrangle**<br>**Melville, NY 11747** | | | | | | **$20,767.92** |
| **Washington County Tax Assessor**<br>**P. O. Box 1526**<br>**Greenville, MS 38702** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **Unknown** |
| **Washington County Tax Collector**<br>**P. O. Box 9**<br>**Greenville, MS 38702** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **Unknown** |

```
Amundsen Davis, LLC
Attorneys at Law
Suite 1400
111 E. Kilbourn Avenue
Milwaukee, WI 53202


Angela Turner Ford, Esq.
Turnet Law Office
Attorneys at Law
P. O. Box 1500
West Point, MS 39773


APP Funding Beta, LLC
Suite 307
29 W 36th Street
New York, NY 10018


Bitty Advance
1855 Griffin Road
Dania, FL 33004


Boyd Eiflng
204 Magnolia Street
Hollandale, MS 38748


Carl Smith
75 Melrose Street
Starkville, MS 39759


Davis Lee Enterprises
725 Blount Avenue
Guntersville, AL 35976-1505


DLHK, LLC
725 Blount Avenue
Guntersville, AL 35976


Edward P. Connell, Jr., Esq.
Merkel & Cocke, P.A.
Attorneys at Law
30 Delta Avenue
Clarksdale, MS 38614
```

```
Headway Capital, LLC
Suite 200
4700 West Daybreak Parkway
South Jordan, UT 84009


Headway Capital, LLC
Suite 1000
175 West Jackson Blvd.
Chicago, IL 60604


Hugh Knighton
607 Knighton Road NW
Arab, AL 35016


IRS
Centralized Insolvency
P. O. Box 7346
Philadelphia, PA 19101-7346


Jason A. Gang, Esq.
Attorney at Law
Suite 478
1245 Hewlett Plaza
Hewlett, NY 11557


m2 Equipment Finance, LLC
Suite 475
20800 Swenson Drive
Waukesha, WI 53186


Miss. State Tax Comm.
Bankruptcy Section
P.O. Box 22808
Jackson, MS 39225-2808


National Equipment Transportation
Suite K
10940 Parallel Parkway
Box 235
Kansas City, KS 66109


National Equipment Transportation
Suite 105
6750 Antioch Road
Overland Park, KS 66204
```

Russell S. Long, Esq.
Amundsen Davis, LLC
Suite 1400
111 East Kilbourn Avenue
Milwaukee, WI 53202


Schroeder Lumber Company, LLC
11557 Darryl Drive
Baton Rouge, LA 70815


Small Business Administration
409 3rd. St., SW
Washington, DC 20416


Small Business Administration
210 East Capitol Street
Jackson, MS 39201


South Delta Regional Housing Authority
202 Weston Avenue
Leland, MS 38756


Sylvie Robinson, Esq.
Miss. Dept. of Revnue
P. O. Box 22828
Jackson, MS 39225


U S Attorney/IRS
900 Jefferson Avenue
Oxford, MS 38655


U S Attorney/SBA
900 Jefferson Avenue
Oxford, MS 38655


Uber Freight-AGA Adjustments, LTD
Attention: Teresa Hart
Suite 4N15
1 Huntington Quadrangle
Melville, NY 11747


Washington County Tax Assessor
P. O. Box 1526
Greenville, MS 38702

```
Washington County Tax Collector
P. O. Box 9
Greenville, MS 38702
```